UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEMETRIUS ROGERS,

                       Plaintiff,                  Case No. 1:17-cv-527

v.                                       Honorable Paul L. Maloney

LYLE MINDLIN et al.,

                       Defendants.

_____/

## **<u>JUDGMENT</u>**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE as frivolous

and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  July 12, 2017                /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge